# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.     Case No. 8:24-cv-1041-CEH-NHA

THE BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES, *et al.*,

   *Defendants*.

_____/

## NOTICE

Plaintiff the State of Florida designates James H. Percival as lead counsel in this case. Florida also notifies the Court of the following related cases, which challenge the same federal actions as Florida challenges in this case.

*Kansas v. Garland*, No. 2:24-cv-88 (E.D. Ark. 2024).

*Texas v. ATF*, No. 2:24-cv-89 (N.D. Tex. 2024).

I certify that I will serve a copy of this Notice of Related Actions on each party no later than fourteen days after appearance of the party.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

/s/ *James H. Percival*
James H. Percival* (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

NATALIE P. CHRISTMAS (FBN 1019180)
SENIOR COUNSELOR

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

*Lead Counsel