# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STATE OF FLORIDA,

                    Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; *et al.*,

                    Defendants.

Case No. 8:24-cv-01041-CEH-NHA

Judge Charlene Honeywell
Magistrate Judge Natalie Hirt Adams

## <u>MOTION FOR LEAVE TO INTERVENE</u>

Proposed Intervenor-Defendants the State of New Jersey, the State of Arizona, the State of Colorado, the State of Connecticut, the State of Delaware, the State of Hawai'i, the State of Maryland, Attorney General Dana Nessel on behalf of the People of Michigan, the State of Minnesota, the State of Nevada, the State of Oregon, the State of North Carolina, the State of Rhode Island, the State of Vermont, and the State of Washington (collectively, "Movant States") respectfully request that the Court grant them leave to intervene as defendants in this action as of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, grant permissive intervention pursuant to Federal Rule of Civil Procedure 24(b)(1)(B).

In support of this Motion, Movant States rely on and incorporate herein their Memorandum of Law and the accompanying exhibits. Intervenor-

Defendants have also attached as Exhibit 4 to this Motion their Proposed Answer, as required by Federal Rule of Civil Procedure 24(c).

Dated: January 21, 2025                    Respectfully submitted,

**MATTHEW J. PLATKIN**
*Attorney General, State of New Jersey*
JEREMY M. FEIGENBAUM*
*Solicitor General, State of New Jersey*

BRYCE K. HURST (NJ Bar No. 336532021)**
Deputy Attorney General
New Jersey Attorney General's Office
25 Market Street
Trenton, New Jersey 08625
(609) 696-4562
Bryce.Hurst@law.njoag.gov
**Special Admission Pending

*Attorneys for State of New Jersey*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Emma H. Mark*

Hayleigh S. Crawford*
Deputy Solicitor General
Emma H. Mark*
Assistant Attorney General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-3333
Hayleigh.Crawford@azag.gov
Emma.Mark@azag.gov
ACL@azag.gov

*Attorneys for State of Arizona*


**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ James M. Belforti*

James M. Belforti*
Assistant Attorney General
Office of the Attorney General of
Connecticut
165 Capitol Avenue
Hartford, CT 06105
(860) 808-5450
james.belforti@ct.gov

*Attorneys for State of Connecticut*


**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Shannon Stevenson*

Shannon Stevenson*
Solicitor General
Office of the Colorado State Attorney
General
1300 Broadway, Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov

*Attorneys for State of Colorado*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*

Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawai'i

By: */s/ Thomas J. Hughes*

Thomas J. Hughes*
Deputy Solicitor General
Department of the Attorney General,
State of Hawai'i
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
Thomas.J.Hughes@hawaii.gov

*Attorneys for State of Hawai'i*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ Jessica M. Finberg*

Jessica M. Finberg*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6921
jfinberg@oag.state.md.us

*Attorneys for State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Adam R. de Bear*

Adam R. de Bear*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 335-7573
debeara@michigan.gov

*Attorneys for Attorney General*
*Dana Nessel on behalf of the*
*People of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Liz Kramer*

Liz Kramer*
Solicitor General
Office of the Minnesota Attorney
General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010
liz.kramer@ag.state.mn.us

*Attorneys for State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*

Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorneys for State of Nevada*

**JEFF JACKSON**
Attorney General of North Carolina

By: */s/ Daniel P. Mosteller*

Daniel P. Mosteller*
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov

*Attorneys for State of North Carolina*

**DAN A. RAYFIELD**
Attorney General of Oregon

By: */s/ Brian Simmonds Marshall*

Brian Simmonds Marshall*
Oregon Bar No. #196129
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Brian.S.Marshall@doj.oregon.gov

*Attorneys for State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Sarah W. Rice*

Sarah W. Rice*
Deputy Chief, Civil Division
Office of the Rhode Island Attorney
General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x2054
srice@riag.ri.gov

*Attorneys for State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Jonathan T. Rose*

Jonathan T. Rose\*
Solicitor General
Rosemary M. Kennedy\*
Assistant Attorney General
109 State Street
Montpelier, VT 06509
(802) 828-3171
jonathan.rose@vermont.gov
rosemary.kennedy@vermont.gov

*Attorneys for State of Vermont*

\**Pro Hac Vice* Motions Forthcoming

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ William McGinty*

William McGinty\*
Assistant Attorney General
Washington State Office of the
Attorney General
P.O. Box 4011
Olympia, WA 98504-0111
(360) 709-6027
William.McGinty@atg.wa.gov

*Attorneys for State of Washington*

## Local Rule 3.01(g) Certification

I have conferred with Plaintiff's counsel John Guard, Christine Pratt, James Percival, Natalie Christmas, and Henry Whitaker on January 14, 2025 via email and with Defendants' counsel Jeremy S.B. Newman, Keri L. Berman, and Zachary W. Sherwood on January 15, 2025 via email. Plaintiff's counsel John Guard represented that Plaintiff is opposed to Movant States' motion to intervene. Defendants' counsel Jeremy S.B. Newman represented that Defendants are opposed to Movant States' motion to intervene.

_____
Bryce K. Hurst
*Attorney for State of New Jersey*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 21, 2025, I caused the attached documents to be filed with the Clerk of the Court through the Electronic Document Submission Web Portal and served via electronic mail on all counsel of record.

Dated: January 21, 2025

Respectfully submitted,

**MATTHEW J. PLATKIN**
*Attorney General, State of New Jersey*

BRYCE K. HURST (NJ Bar No. 336532021)*
Deputy Attorney General
New Jersey Attorney General's Office
25 Market Street
Trenton, New Jersey 08625
(609) 696-4562
Bryce.Hurst@law.njoag.gov
*Special Admission Pending