IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **STATE OF FLORIDA**,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**, *et al.*,[1]<br><br>　　　　　　Defendants. | Case No. 8:24-cv-1041-CEH-NHA |

## UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON MOTION TO INTERVENE

Defendants respectfully file this unopposed motion to set a briefing schedule on Proposed Intervenors'[2] Motion for Leave to Intervene, ECF No. 28 ("Intervention Motion"), under which oppositions to the Intervention Motion would be due March 3, 2025, and the Court would grant Proposed Intervenors leave to file a reply in support of the Intervention Motion, due March 17, 2025. The parties and Proposed Intervenors have conferred, and Plaintiff and Proposed Intervenors do not oppose the requested relief.

Good cause exists to grant the requested relief. On January 16, 2025, Proposed Intervenors filed the Intervention Motion. At around the same time, they filed

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), James R. McHenry III, in his official capacity as Acting Attorney General of the United States, is automatically substituted as a Defendant for former Attorney General Merrick Garland. Similarly, Marvin G. Richardson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), is automatically substituted as a Defendant for former ATF Director Steven Dettelbach.

[2] Proposed Intervenors are the State of New Jersey, the State of Arizona, the State of Colorado, the State of Connecticut, the State of Delaware, the State of Hawai'i, the State of Maryland, Attorney General Dana Nessel on behalf of the People of Michigan, the State of Minnesota, the State of Nevada, the State of Oregon, the State of North Carolina, the State of Rhode Island, the State of Vermont, and the State of Washington.

motions to intervene in three other pending cases in which plaintiffs challenge the rule at issue in this case, Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024) (the "Rule").[3]  Under the Local Rules, the default deadlines for oppositions is January 30, 2025, and leave of court is required for a reply.  Local Rule 3.01(c), (d).  Plaintiff, Defendants, and Proposed Intervenors have conferred and agreed that a briefing schedule of March 3, 2025, for oppositions, and March 17, 2025, for reply is appropriate.  Such deadlines, and leave for Proposed Intervenors to file a reply brief, would give the parties adequate opportunity to brief the issues raised in the Intervention Motion given the press of business in other matters, including (for Defendants and Proposed Intervenors) briefing the intervention motions in the other cases challenging the Rule.  In light of the change in Administration, Defendants request additional time to confer with new leadership within the Department and at the relevant agencies about this matter and to develop, and give full consideration to, an appropriate response.  In addition, in the *Texas* and *Kansas* cases challenging the Rule, Defendants and Proposed Intervenors have agreed with the plaintiffs in those cases on the same briefing schedule (*i.e.*, March 3 for oppositions and March 17 for reply) for the intervention motions, and the parties are concurrently requesting that the courts in those cases set this briefing schedule in order to coordinate briefing schedules across these cases.[4]  This briefing schedule

---

[3] *See Texas v. ATF*, 2:24-cv-89 (N.D. Tex.); *Kansas v. McHenry*, 6:24-cv-1086 (D. Kan.); *Butler v. McHenry*, 1:24-cv-975 (N.D. Ala.).
[4] In *Butler*, the applicable local rules do not set forth default deadlines for the intervention motion, and the court has not yet entered a briefing schedule.

would not unduly delay resolution of this case and would not prejudice any party, as shown by the fact that the parties have agreed on this briefing schedule.

For the reasons stated above the Court should grant this Motion and enter a briefing schedule under which oppositions to the Intervention Motion are due March 3, 2025, and Proposed Intervenors' reply is due March 17, 2025.

Dated: January 29, 2025                         Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KERI L. BERMAN
ZACHARY W. SHERWOOD
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

## Local Rule 3.01(g) Certification

I hereby certify that I conferred regarding this motion with Plaintiff's counsel Christine Pratt and Proposed Intervenors' Counsel Bryce Hurst on January 24, 2025, via email. Plaintiff's counsel and Proposed Intervenors' counsel indicated that Plaintiff and Proposed Intervenors do not oppose this motion.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
*Attorney for Defendants*
