UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                  Case No: 8:24-cv-1041-CEH-NHA

BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES, *et al.*,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion for Stay (Doc. 55). In the motion, Defendants seek a stay of all deadlines on pending motions. In support, Defendants submit that President Trump issued an Executive Order on February 7, 2025, titled "Protecting Second Amendment Rights." The Executive Order directs the Attorney General to review all rules promulgated by the Department of Justice, by ATF from January 2021 through January 2025, pertaining to firearms and/or Federal firearms licensees. Plaintiff's Complaint challenges one of the rules related to firearms legislation and for which the DOJ and ATF are responsible. Defendants argue that a stay here will conserve party and judicial resources and promote the efficient and orderly disposition of this case. Plaintiff does not oppose the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendants' Unopposed Motion to Stay. Accordingly, it is hereby

**ORDERED**:

1. Defendants' Unopposed Motion for Stay (Doc. 55) is **GRANTED** to the extent that this case is **STAYED** for a period of **90 days**.

2. The parties are directed to file a status report every 30 days, beginning **March 24, 2025**.

3. The Clerk is directed to terminate all pending motions and deadlines and **ADMINISTRATIVELY CLOSE** this case.

4. At any time, any party may move to lift the stay and reopen this action.

**DONE AND ORDERED** in Tampa, Florida on February 21, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any