# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA, | |
| Plaintiff, | Case No. 8:24-cv-1041-CEH-NHA |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 61, the parties respectfully submit this joint status report.

As explained in the Defendants' Unopposed Motion to Stay, ECF No. 55, President Trump issued an Executive Order on February 7, 2025, titled *Protecting Second Amendment Rights*.[1] Exec. Order No. 14206, 90 Fed. Reg. 9503 (Feb. 12, 2025). The Order directs the Attorney General to "examine" various "actions of executive departments and agencies" to "assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, through the Domestic Policy Advisor, to protect the Second Amendment rights of all Americans." *Id.* § 2(a). And the Order specifically directs the Attorney General, as part of that process, to review all "[r]ules promulgated by the Department of Justice, by [ATF], from January 2021 through January 2025, pertaining to firearms and/or Federal firearms licensees." *Id.* § 2(b)(ii).

---

[1] *See also* President Donald J. Trump, *Presidential Actions: Protecting Second Amendment Rights* (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-secondamendment-rights.

1

That process has begun and is ongoing, including as to the Rule at issue in this case, Final Rule, Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024).

The parties therefore respectfully submit that the case should remain stayed, in keeping with the Court's Order. Moreover, pursuant to that Order, the parties will submit a second joint status report on April 23, 2025.

Dated: March 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Keri L. Berman*
KERI L. BERMAN
JEREMY S.B. NEWMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
Email: keri.l.berman@usdoj.gov

*Attorneys for Defendants*

JAMES UTHMEIER
Attorney General

*/s/ Caleb Stephens*
Caleb Stephens (FBN 1050554)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Caleb.Stephens@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

/s/ Keri L. Berman
Keri L. Berman