UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA,

    Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    Defendants.

Case No. 8:24-cv-1041-CEH-NHA

## JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 61, the parties respectfully submit this joint status report.

The parties' last joint status report stated that the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) had announced that they will conduct a comprehensive review of the rule under review in this case. *See* Joint Status Report, ECF No. 68. That review remains ongoing.

The parties therefore respectfully submit that the case should remain stayed, in keeping with the Court's Order. The parties further propose that they file another joint status report in 60 days, on July 22, 2025.

Dated: May 23, 2025

                                                              Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

/s/ Jeremy S.B. Newman
JEREMY S.B. NEWMAN
KERI L. BERMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

JAMES UTHMEIER
Attorney General

/s/ Caleb Stephens
Caleb Stephens (FBN 1050554)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Caleb.Stephens@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
