## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA, | |
| Plaintiff, | Case No. 8:24-cv-1041-CEH-NHA |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

### JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 61, the parties respectfully submit this joint status report.

The parties previously stated that the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) had announced that they will conduct a comprehensive review of the rule under review in this case. *See* Joint Status Report, ECF No. 68. That review remains ongoing. The parties therefore respectfully submit that the case should remain stayed, in keeping with the Court's Order. The parties further propose that they file another joint status report in 60 days, on August 22, 2025.

Dated: June 23, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        ANDREW I. WARDEN
        Assistant Director, Federal Programs Branch

        */s/ Jeremy S.B. Newman*
        JEREMY S.B. NEWMAN
        KERI L. BERMAN
        ZACHARY W. SHERWOOD
        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone: (202) 532-3114
        Fax: (202) 616-8470
        Email:  jeremy.s.newman@usdoj.gov

        *Attorneys for Defendants*

JAMES UTHMEIER
Attorney General

/s/ *Caleb Stephens*
Caleb Stephens (FBN 1050554)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Caleb.Stephens@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
