# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>　　　　Defendants. | Case No. 8:24-cv-1041-CEH-NHA |

## JOINT STATUS REPORT

Pursuant to the Court's Order, ECF No. 61, the parties respectfully submit this joint status report.

The parties previously stated that the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) had announced that they will conduct a comprehensive review of the rule under review in this case. *See* Joint Status Report, ECF No. 68. That review remains ongoing. The parties therefore respectfully submit that the case should remain stayed, in keeping with the Court's Order. The parties further propose that they file another joint status report on September 22, 2025.

Dated: July 23, 2025

                                      Respectfully submitted,

                                      BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KERI L. BERMAN
ZACHARY W. SHERWOOD
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

JAMES UTHMEIER
Attorney General

<u>/s/ *Caleb Stephens*</u>
Caleb Stephens (FBN 1050554)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Caleb.Stephens@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
