# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
Zoom Status Conference

Case Number: 8:24-cv-01041-CEH-NHA

| **STATE OF FLORIDA** | Plaintiff's Counsel: Caleb Stephens |
|---|---|
| Plaintiff, | |
| v. | |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.** | Defense Counsel: Jeremy S. B. Newman |
| Defendants. | |
| Intervenor | Bryce Kelly Hurst, Jonathan Rose |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Cynthia Biron | Interpreter: | N/A |
| Date: | September 22, 2025 | Time: | 11:02 AM – 11:10 AM |

All counsel appear via Zoom videoconference.

The Court addresses the parties.

Counsel for Plaintiff and Defendants address the Court.

The Court will grant the stay for an additional 60 days. The next Status Report shall be filed within 60 days.

Court adjourned.