UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA,

    Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    Defendants.

Case No. 8:24-cv-1041-CEH-NHA

**JOINT STATUS REPORT**

Pursuant to the Court's Order, ECF No. 76, the parties respectfully submit this joint status report.

The parties previously stated that the Department of Justice (DOJ) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) had announced that they will conduct a comprehensive review of the Engaged in the Business rule under review in this case. *See* Joint Status Report, ECF No. 68. In August, Defendants advised that ATF is preparing a notice of proposed rulemaking on the same subject matter as the Engaged in the Business rule. *See* Joint Status Report, ECF No. 75. ATF is continuing to work on that notice of proposed rulemaking, although progress was slowed somewhat by the lapse in appropriations to the Department of Justice that occurred from October 1, 2025, through November 12, 2025. In the meantime, the State of Florida has communicated settlement principles in the hope of resolving this matter more quickly. DOJ and ATF have yet to respond to these principles. The parties therefore respectfully submit that the case should remain stayed, in keeping with the Court's Order.

Dated: November 21, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        ANDREW I. WARDEN
        Assistant Director, Federal Programs Branch

        */s/ Jeremy S.B. Newman*
        JEREMY S.B. NEWMAN
        KERI L. BERMAN
        ZACHARY W. SHERWOOD
        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone: (202) 532-3114
        Fax: (202) 616-8470
        Email: jeremy.s.newman@usdoj.gov

        *Attorneys for Defendants*

JAMES UTHMEIER
Attorney General

*/s/ Caleb Stephens*
Caleb Stephens (FBN 1050554)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Caleb.Stephens@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2025, the foregoing document was served on all parties of record by operation of the Court's ECF system.

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
