**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STATE OF FLORIDA,

Plaintiff,

v. Case No: 8:24-cv-1041-CEH-NHA

BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES, *et al.*,

Defendants.
___________________________________/

**ORDER TO SHOW CAUSE**

This matter is before the Court upon review of the file. Plaintiff, the State of Florida, filed this action in May 2024 seeking declaratory and injunctive relief. Doc. 1. In its Complaint, the State of Florida challenges the lawfulness of the definition of "Engaged in the Business" as a Dealer in Firearms contained in the Bipartisan Safer Communities Act (the BSCA) as amended in 2022, which the Biden Administration sought to clarify through its implementing rule. Specifically, Florida contends that the Biden Administration ATF's actions to clarify the BSCA went far beyond the plain text of the BSCA to achieve former President Biden's policy goals. Florida filed an Amended Complaint on August 12, 2024. Doc. 13.

On February 21, 2025, this Court granted Defendants' unopposed motion to stay this action pending the Attorney General's review of rules promulgated by ATF from 2021 through 2025 pertaining to firearms and/or Federal firearms licenses. Doc.

61. Because Plaintiff's Amended Complaint challenges one of the rules related to firearms legislation to be reviewed, the Court granted the stay to conserve party and judicial resources and promote the efficient and orderly disposition of the case. Since entry of the stay, the parties have filed periodic status reports requesting a continuation of the stay as ATF was preparing a Notice of Proposed Rulemaking (NPRM) on the same subject as the challenged definition of "engaged in the business" as a dealer in firearms. Docs. 66, 68, 69, 72, 73, 75, 78, 82, 84. The last status report was filed March 23, 2026.

On May 7, 2026, Defendants filed a Notice of Supplemental Authority of the Notice of Proposed Rulemaking (NPRM) issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), entitled "Revising Regulations Defining 'Engaged in the Business' as a Dealer in Firearms," and published in the Federal Register on May 6, 2026. 91 Fed. Reg. 24424 (May 6, 2026). This NPRM proposes revisions to regulations implementing the "engaged in the business" definition from the Bipartisan Safer Communities Act, Public Law 117-159. The revisions would appear to moot Florida's legal challenge such that there no longer will be a controversy for the Court's consideration. Accordingly, it is

**ORDERED:**

1. That the State of Florida shall **show cause**, by a written response filed within 14 days, as to why the above action should not be dismissed as moot.

2. Failure to file a written response within the time provided will result in this action being dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Tampa, Florida on September 8, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any